# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: JYEMA WAYNESHA ADAIR DAVIS :
::  Bankruptcy No. 24-10726amc
Debtor  :
::  CHAPTER 7

## PRAECIPE TO WITHDRAW DOCKET ENTRIES DATED MAY 17, 2024

TO THE CLERK:

Kindly withdraw Trustee's Docket Entries filed dated May 17, 2024 as they were filed in error.

Date: May 20, 2024          _____
                             Lynn E. Feldman, Esq.
                             Chapter 7 Trustee
                             Attorney ID No.35996
                             2310 Walbert Ave.
                             Allentown, PA 18104
                             (610) 530-9285