# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10726-amc |
| Jyema Waynesha Adair Davis, | Chapter 7 |
| Debtor. | Related to ECF No. 16 |

## Certificate of No Response

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Motion to Convert Case filed on April 12, 2024. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the notice filed with the motion, objections were to be filed and served no later than April 26, 2024. I respectfully request that the proposed order attached to the motion be entered at the earliest convenience of the Court.

Date: May 21, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com