| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10726-AMC

Jyema Waynesha Adair Davis
2600 Welsh Rd Apt 50
Philadelphia  PA    19152-1442

Petition Filed Date: 03/04/2024
341 Hearing Date: 07/19/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/2024 | $905.00 | | 07/29/2024 | $905.00 | | | | |

**Total Receipts for the Period:  $1,810.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,810.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL GROUP LLC  »» 001 | Unsecured Creditors | $14,594.64 | $0.00 | $0.00 |
| 2 | CITIBANK NA  »» 002 | Unsecured Creditors | $3,640.51 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA  »» 003 | Unsecured Creditors | $1,897.01 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK  »» 004 | Unsecured Creditors | $1,304.92 | $0.00 | $0.00 |
| 5 | JP MORGAN CHASE BANK NA  »» 005 | Secured Creditors | $555.00 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION  »» 006 | Unsecured Creditors | $51,701.84 | $0.00 | $0.00 |
| 7 | NAVY FEDERAL CREDIT UNION  »» 007 | Unsecured Creditors | $16,101.88 | $0.00 | $0.00 |
| 8 | NAVY FEDERAL CREDIT UNION  »» 008 | Unsecured Creditors | $14,817.48 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10726-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,810.00 | Current Monthly Payment: | $905.00 |
| Paid to Claims: | $0.00 | Arrearages: | $905.00 |
| Paid to Trustee: | $181.00 | Total Plan Base: | $54,300.00 |
| Funds on Hand: | $1,629.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.