United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-10726-amc
Jyema Waynesha Adair Davis     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Nov 14, 2024     Form ID: 155     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jyema Waynesha Adair Davis, 2600 Welsh Rd Apt 50, Philadelphia, PA 19152-1442 |
| 14863820 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E 1830 E, Grand Rapids, MI 49546 |
| 14863829 | Penn Home IT, Po Box 824474, Philadelphia, PA 19182-4474 |
| 14863834 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863809 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 15 2024 00:03:12 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14863810 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 15 2024 00:05:07 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14901889 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:05:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14863811 | + | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:05:09 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 14863812 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:05:11 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14863813 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2024 23:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14863817 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 23:57:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14863814 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 00:03:29 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14894603 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2024 00:03:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14863816 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:03:17 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14891697 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:04:10 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14863818 | | Email/Text: bankruptcy@philapark.org | Nov 14 2024 23:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14863819 | ^ | MEBN | Nov 14 2024 23:51:35 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14863821 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 14 2024 23:57:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 14863822 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 23:57:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14863823 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14863815 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2024 00:04:56 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14903981 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2024 00:02:56 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14903714 | | Email/Text: amps@manleydeas.com | Nov 14 2024 23:57:00 | JPMORGAN CHASE BANK, N.A., c/o ADAM BRADLEY HALL, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14903622 | | Email/Text: amps@manleydeas.com | Nov 14 2024 23:57:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14863824 | ^ | MEBN | Nov 14 2024 23:51:10 | LendingPoint LLC., Attn: Bankruptcy 1201 Roberts Blvd Suite, Kennesaw, GA 30144-3612 |
| 14863825 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 14 2024 23:57:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14913507 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2024 23:57:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14863826 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2024 23:57:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14863827 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2024 23:57:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14863828 | + | Email/PDF: cbp@omf.com | Nov 15 2024 00:03:05 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14863830 | | Email/Text: fesbank@attorneygeneral.gov | Nov 14 2024 23:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14863833 | ^ | MEBN | Nov 14 2024 23:51:24 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14863831 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14863832 | ^ | MEBN | Nov 14 2024 23:51:28 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14863835 | | Email/Text: bankruptcy@philapark.org | Nov 14 2024 23:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14863836 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 15 2024 00:04:25 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 14863837 | ^ | MEBN | Nov 14 2024 23:51:18 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, PO Box 1022, Chesterfield, MO 63006-1022 |
| 14863838 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 14 2024 23:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14863839 | ^ | MEBN | Nov 14 2024 23:51:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14909008 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: 155 | Total Noticed: 40 |

Nov 14 2024 23:57:00  US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14903623 | * | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jyema Waynesha Adair Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Jyema Waynesha Adair Davis  

Debtor(s).

Case No. 24−10726−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 13, 2024

For The Court

Ashely M. Chan  
Chief Judge, United States Bankruptcy Court