| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-10726-AMC**

| | |
|---|---|
| Jyema Waynesha Adair Davis | Petition Filed Date: 03/04/2024 |
| 2600 Welsh Rd Apt 50 | 341 Hearing Date: 07/19/2024 |
| Philadelphia  PA   19152-1442 | Confirmation Date: 11/13/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $905.00 | | 09/30/2024 | $775.00 | | 10/29/2024 | $750.00 | |
| 11/22/2024 | $750.00 | | 12/20/2024 | $750.00 | | 01/31/2025 | $750.00 | |
| 02/28/2025 | $750.00 | | 03/14/2025 | $750.00 | | 04/25/2025 | $750.00 | |
| 05/23/2025 | $750.00 | | 06/23/2025 | $750.00 | | 07/21/2025 | $750.00 | |

**Total Receipts for the Period: $9,180.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,990.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL GROUP LLC  »» 001 | Unsecured Creditors | $14,594.64 | $0.00 | $14,594.64 |
| 2 | CITIBANK NA  »» 002 | Unsecured Creditors | $3,640.51 | $0.00 | $3,640.51 |
| 3 | CAPITAL ONE BANK (USA) NA  »» 003 | Unsecured Creditors | $1,897.01 | $0.00 | $1,897.01 |
| 4 | AMERICAN EXPRESS NATIONAL BANK  »» 004 | Unsecured Creditors | $1,304.92 | $0.00 | $1,304.92 |
| 5 | CHASE AUTO  »» 005 | Secured Creditors | $24,398.09 | $6,196.00 | $18,202.09 |
| 6 | US DEPARTMENT OF EDUCATION  »» 006 | Unsecured Creditors | $51,701.84 | $0.00 | $51,701.84 |
| 7 | NAVY FEDERAL CREDIT UNION  »» 007 | Unsecured Creditors | $16,101.88 | $0.00 | $16,101.88 |
| 8 | NAVY FEDERAL CREDIT UNION  »» 008 | Unsecured Creditors | $14,817.48 | $0.00 | $14,817.48 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BARCLAYS BANK DE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CORNERSTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PENN HOME IT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10726-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,990.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $10,071.00 | Arrearages: | $750.00 |
| Paid to Trustee: | $919.00 | Total Plan Base: | $45,490.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.