Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jyema Waynesha Adair Davis
2600 Welsh Rd Apt 50
Philadelphia, PA 19152-1442

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10726-AMC**

Petition Filed Date: 03/04/2024
341 Hearing Date: 07/19/2024
Confirmation Date: 11/13/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/12/2025 | $750.00 | | 12/02/2025 | $750.00 | | 12/30/2025 | $750.00 | |
| 01/30/2026 | $750.00 | | 02/27/2026 | $750.00 | | 03/27/2026 | $750.00 | |
| 04/27/2026 | $750.00 | | 05/22/2026 | $750.00 | | 06/22/2026 | $750.00 | |
| 07/24/2026 | $750.00 | | | | | | | |

**Total Receipts for the Period: $7,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,490.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $14,594.64 | $0.00 | $14,594.64 |
| 2 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 002 | Unsecured Creditors | $3,640.51 | $0.00 | $3,640.51 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,897.01 | $0.00 | $1,897.01 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,304.92 | $0.00 | $1,304.92 |
| 5 | JP MORGAN CHASE<br>»» 005 | Secured Creditors | $24,398.09 | $13,135.00 | $11,263.09 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $51,701.84 | $0.00 | $51,701.84 |
| 7 | NAVY FEDERAL CREDIT UNION<br>»» 007 | Unsecured Creditors | $16,101.88 | $0.00 | $16,101.88 |
| 8 | NAVY FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $14,817.48 | $0.00 | $14,817.48 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BARCLAYS BANK DE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITICARD/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CORNERSTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PENN HOME IT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10726-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,490.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $17,010.00 | Arrearages: | $2,250.00 |
| Paid to Trustee: | $1,480.00 | Total Plan Base: | $45,490.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.